JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE S. SHORT,<br><br>  Plaintiff,<br><br>vs.<br><br>SAVON FINANCIAL, INC.,<br><br>  Defendants. | Case No. 5:15-cv-00646-VAP-KK<br><br>ORDER DISMISSING DEFENDANT SAVON FINANCIAL, INC. WITH PREJUDICE PURSUANT TO SETTLEMENT WITH PLAINTIFF |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Stipulation for Order Dismissing Defendant SAVON FINANCIAL, INC. with Prejudice Pursuant to Settlement Agreement, IT IS ORDERED THAT defendant SAVON FINANCIAL, INC. is dismissed with prejudice, pursuant to the settlement agreement entered into by the parties. Each side to bear his/her/its own costs and fees.

**IT IS SO ORDERED**.

DATED: July 20 2015

Virginia A. Phillips
United States District Judge